IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FAYETTE WILLIAM WOODS,  )
 )
    Plaintiff,  )
 )
vs.  )  CV 01-AR-0850-S
 )
CITY OF COLUMBIANA,  )
 )
    Defendants.  )

FILED
01 SEP 20 AM 9:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 20 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 19, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Copies of documents sent to plaintiff at the Shelby County Jail have been returned and the court has been notified that plaintiff was released on June 7, 2001. Plaintiff has failed to provide the court with a current address.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 20th day of September, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

